UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

ARIEL GOMEZ, Plaintiff.

REC'D SEP 30 2025

v.

BUCKS COUNTY, PENNSYLVANIA,

BENSELAM TOWNSHIP POLICE DEPARTMENT,

DETECTIVE CARY PALMER, individually and in his official capacity,

DETECTIVE JOHN MONAGHAN, individually and in his official capacity,

CORPORAL MICHAEL SCHUM, individually and in his official capacity,

and DOE DEFENDANTS 1–10,

Defendants.

Civil Action No: _____

1

COMPLAINT

## I. INTRODUCTION

1. This is a civil rights action brought under 42 U.S.C. §1983 for damages arising from the wrongful arrest, malicious prosecution, excessive bail, unlawful detention, and violation of constitutional rights of Plaintiff Ariel Gomez by Defendants in Bucks County, Pennsylvania.

2. Plaintiff was wrongfully accused, arrested, and incarcerated for a total of approximately 16 months without probable cause, based solely on the fabricated or unverified claims of a private individual and the reckless disregard of investigating officers

3. Plaintiff seeks compensatory and punitive damages for violations of his Fourth, Sixth, Eighth, and Fourteenth Amendment rights, along with related state law claims.

## II. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §1983.

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in Bucks County, Pennsylvania, which lies within the Eastern District of Pennsylvania.

## III. PARTIES

1. Plaintiff: Ariel Gomez, a U.S. citizen, currently residing in New York.

2. Defendant Bucks County: Political subdivision of the Commonwealth of Pennsylvania.

3. Defendant Bensalem Township Police Department: Municipal agency of Bucks County, acting under color of law.

4. Defendant Detective Cary Palmer: Officer of Bensalem Township PD, acted under color of law.

5. Defendant Detective John Monaghan: Officer of Bensalem Township PD, acted under color of law.

6. Defendant Corporal Michael Schum: Officer of Bensalem Township PD, acted under color of law.

7. Doe Defendants: Additional as-yet unidentified individuals employed by Bucks County who participated in the violations.

## IV. STATEMENT OF FACTS

1. On or about January 27, 2019, Plaintiff was falsely accused of assault by his ex-girlfriend. Detectives Palmer and Schum filed an affidavit of probable cause relying solely on the accuser's Ring video and photo, without conducting an independent investigation.

2. Plaintiff voluntarily surrendered but was charged with Simple Assault and Harassment without sufficient probable cause. At the preliminary hearing, despite lack of evidence, a prima facie case was improperly found.

3. On November 18, 2019, while awaiting trial, Detectives Palmer and Monaghan arrested Plaintiff on new charges of rape, burglary, and related felonies allegedly occurring in 2018. Plaintiff was arrested in the courthouse without being advised of charges, without counsel present, and without Miranda warnings.

4. Bail was set at an excessive and unconstitutional $2,000,000, despite Plaintiff's lack of criminal record, strong community ties, and stable employment. Plaintiff was wrongfully detained in Bucks County Correctional Facility for approximately 16 months, during which he was placed on suicide watch and level 2 lockdown without cause.

5. The alleged evidence consisted only of a video with no visible identification of Plaintiff and printed screenshots of text messages lacking authentication. Detectives failed to authenticate video origin, obtain phones, perform DNA testing, collect medical reports, or interview Plaintiff.

6. Plaintiff was subjected to a trial in 2021, which resulted in a hung jury (9–3 not guilty). On October 26, 2023, all charges were formally dismissed.

7. As a result, Plaintiff has suffered financial ruin, reputational destruction, severe mental and physical trauma, and permanent harm to family and career opportunities.

## V. CLAIMS FOR RELIEF

1. COUNT I – False Arrest / False Imprisonment (Violation of Fourth & Fourteenth Amendments, 42 U.S.C. §1983)

4

2. COUNT II – Malicious Prosecution (Violation of Fourth Amendment, 42 U.S.C. §1983)

3. COUNT III – Excessive Bail (Violation of Eighth Amendment, 42 U.S.C. §1983)

4. COUNT IV – Due Process Violations (Violation of Fifth & Fourteenth Amendments, 42 U.S.C. §1983)

5. COUNT V – Monell Liability (Against Bucks County & Bensalem Township for failure to train, supervise, and correct policies)

6. COUNT VI – State Law Torts (False imprisonment, abuse of process, intentional infliction of emotional distress)

## VI. DAMAGES

1. Plaintiff has prepared a detailed damages report, including financial, reputational, emotional, and future earning losses. This report will be provided in discovery and during settlement discussions.

2. Plaintiff seeks compensatory damages, punitive damages, attorney's fees (42 U.S.C. §1988), and other relief the Court deems just and proper.

## VII. PRAYER FOR RELIEF

1. WHEREFORE, Plaintiff respectfully requests that this Court:

2. Award compensatory damages against all Defendants jointly and severally in the amount of $20,000,000, or such amount as a jury may determine appropriate;

3. Award punitive damages against the individual officer Defendants in the amount of $10,000,000, or such other amount as the jury may determine sufficient to punish and deter similar misconduct;

4. Award costs and attorney's fees under 42 U.S.C. §1988;

5. Grant such further relief as the Court deems just and proper.

## VIII. JURY DEMAND

1. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____

Ariel Gomez, Pro Se

Current Address: 54 Maple Hill Dr. Mahopac, NY 10541

Phone: 201-401-2289   Email: itsariely@icloud.com

Date: _____